UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALAN S. HANES,<br><br>    Petitioner,<br><br>    v.<br><br>STATE OF NEVADA, *et al.*,<br><br>    Respondents. | Case No. 3:25-cv-00175-MMD-CSD<br><br>ORDER |

On April 2, 2025, *pro se* Petitioner Alan S. Hanes commenced this federal habeas action by filing a Petition for Writ of Habeas Corpus. (ECF No. 1-1 ("Petition").) On April 4, 2025, this Court entered an order instructing Hanes to complete the following tasks on or before May 9, 2025: (1) pay the $5 filing fee *or* file a complete *in forma pauperis* ("IFP") application, and (2) file an Amended Petition on the Court's form. (ECF No. 3.) This Court warned that "Hanes's failure to timely comply with this Order [would] result in the dismissal of this action without prejudice and without further advance notice." (*Id*. at 2.) To date, Hanes has not paid the $5 filing fee, filed an IFP application, filed an Amended Petition, requested an extension of time, or taken any other action to prosecute this case.

It is therefore ordered that Hanes's Petition (ECF No. 1-1) is dismissed without prejudice based upon his failure to comply with this Court's April 4, 2025, order.

It is further ordered that a Certificate of Appealability is denied, as jurists of reason would not find dismissal of the Petition for the reasons stated herein to be debatable or wrong.

///

///

///

The Clerk of Court is further directed to (1) file the Petition (ECF No. 1-1), (2) add Nevada Attorney General Aaron D. Ford as counsel for Respondents,[1] (3) send the Nevada Attorney General a copy this Order and all other filings in this matter by regenerating the notices of electronic filing, (4) enter final judgment, and (5) close this case.

DATED THIS 2nd Day of June 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[1] No response is required from Respondents other than to respond to any orders of a reviewing court.